UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of<br><br>CERTAIN SINTERED RARE EARTH MAGNETS, METHODS OF MAKING SAME AND PRODUCTS CONTAINING SAME<br><br>HITACHI METALS, LTD.; and HITACHI METALS NORTH CAROLINA, LTD.,<br><br>          Complainants,<br><br>v.<br><br>YANTAI ZHENGHAI MAGNETIC MATERIAL CO., LTD., et al.<br><br>          Respondents. | Misc. Case No. _____ |

**HARMAN INTERNATIONAL INDUSTRIES' UNOPPOSED MOTION FOR
A COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7, Harman International Industries ("Harman"), a Respondent in United States International Trade Commission Investigation No. 337-TA-855, *Certain Sintered Rare Earth Magnets, Methods of Making Same and Products Containing Same*, moves for the assistance of the Court in the taking of necessary discovery. This motion comes on the recommendation of Chief Administrative Law Judge Charles E. Bullock, presiding over said Investigation. Judge Bullock's recommendation is attached as Exhibit 1.[1]

---

[1] Judge Bullock's recommendation was made on the unopposed motion of the Respondents in this Investigation and was unopposed by Complainants Hitachi Metals, Ltd. and Hitachi Metals North Carolina, Ltd. The respondents are: Yantai Zhenghai Magnetic Material Co., Ltd.; Ningbo

The Complainants in this Investigation are Hitachi Metals, Ltd., and Hitachi Metals North Carolina, Ltd. The International Trade Commission is represented in this investigation by the Office of Unfair Import Investigations. Neither the Complainants, nor the Office of Unfair Import Investigations, nor any other party the Investigation, opposes the present motion.

Respondents respectfully request that this court issue a certified Commission that appoints and authorizes any consular officer at the United States Consulate General, Osaka-Kobe, Japan, to administer any necessary oaths and to take the deposition testimony of certain individuals employed by Hitachi Metals, Ltd. commencing on or about February 25, 2013, and terminating on or about March 8, 2013.

Judge Bullock's recommendation is attached as Exhibit 1. A proposed Order is attached as Exhibit 2. And a draft Commission, which reflects Judge Bullock's recommendation, is attached as Exhibit 3.

---

Jinji Strong Magnetic Material Co., Ltd.; Anhui Earth-Panda Advance Magnetic Material Co., Ltd.; Bunting Magnetics Co.; Viona Corporation; Beats Electronics, LLC; Bose Corp.; Bosch Security Systems, Inc.; AKG Acoustics GmbH; Harman International Industries; Milwaukee Electric Tool Corp.; Techtronic Industries Co., Ltd.; DEWALT Industrial Tool Co.; Maxon Precision Motors, Inc.; Dr. Fritz Faulhaber GmbH & Co. KG; Micromo Electronics, Inc.; Nexteer Automotive Corp.; and Callaway Golf Co. Each supports the present motion.

Date: January 14, 2013                    Respectfully submitted,

*Robert Courtney/AKA*
Robert Courtney
D.C. Bar No. 979697
FISH & RICHARDSON P.C.
1425 K Street NW, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Fax: (202) 783-2331

Counsel for Respondent
Harman International Industries